W. A. WEBB et al., Appellants, v. H. C. GLENN, Receiver, Appellee.

No. 8270.

Court of Civil Appeals of Texas. Austin.
April 3, 1935.

Rehearing Denied May 8, 1935.

Chas. Nordyke, of Lubbock, for appellants.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

BAUGH, Justice.

Appellants in their brief agree that the issues herein presented are identical with those involved in Webb v. Glenn, Receiver (Tex. Civ. App.) 82 S.W.(2d) 1117, this day decided. The latter case was by us affirmed as presenting essentially the same issues decided in Boles v. Missouri State Life Insurance Company (Tex. Civ. App.) 81 S.W.(2d) 141, and in Walker v. Temple Trust Company (Tex. Civ. App.) 60 S.W.(2d) 826, affirmed by the Supreme Court in 80 S.W.(2d) 935. Upon the authority of those cases, therefore, the judgment of the trial court in the instant case is likewise affirmed.

Affirmed.

W. B. WILLIAMS et al., Appellants, v. MISSOURI VALLEY COLLEGE et al., Appellees.

No. 8035.

Court of Civil Appeals of Texas. Austin.
April 3, 1935.

Rehearing Denied May 8, 1935.

Tom Garrard, of Tahoka, and Lockhart & Brown, of Lubbock, for appellants.

Critz & Woodward, of Coleman, and J. B. Daniel, of Temple, for appellees.

BAUGH, Justice.

Appeal is from a judgment for debt and foreclosure of deed of trust liens on lands in Lubbock county, Tex. The defense was that the instruments sued upon were usurious. The same character of instruments and the same contentions are here involved that were presented in Walker v. Temple Trust Co. (Tex. Civ. App.) 60 S.W.(2d) 826, affirmed by the Supreme Court upon writ granted in 80 S.W.(2d) 935; and in Boles v. Missouri State Life Insurance Co. (Tex. Civ. App.) 81 S.W.(2d) 141. Upon the authority of the above-cited cases the judgment of the trial court is affirmed.

Affirmed.